

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2014

No. 04-14-00332-CR

Martin Salvador **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2002CR2660
The Honorable Angus K. McGinty, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on June 25, 2014.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 25th day of June, 2014.

Keith E. Hottle, Clerk